In the Interest of D.C.S., D.E.S., Jr., M.J.S., Z.N.S.; Plaintiffs

Juvenile Officer, Respondent,

v.

A.P.S.; Appellant

D.E.S., Sr., D.E.S., R.M.C., and John Doe, Defendants.

No. WD 63087.

Missouri Court of Appeals,
Western District.

Dec. 23, 2003.

Bradley P. Grill, Kansas City, MO, for Appellant.

David B. King, III, Platte City, MO, for Plaintiffs.

Mark A. Hubbard, Platte City, MO, for Respondent.

D.E.S., Sr., D.E.S., R.M.C., and John Doe, defendants.

Before THOMAS H. NEWTON, P.J., PATRICIA A. BRECKENRIDGE and PAUL M. SPINDEN, JJ.

### ORDER

PER CURIAM.

A.P.S. appeals from the judgment of the trial court, which terminated her parental rights. Because we conclude that the trial court made adequate findings and they were supported by clear, cogent, and convincing evidence, we affirm. A memorandum setting forth the rationale for our

decision has been furnished to the parties. Rule 84.16(b).

In the Interest of J.W.